ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Alutiiq Manufacturing Contractors, LLC | ) ASBCA Nos. 63099, 63100 |
| | ) |
| Under Contract No. W9128A-16-C-0017 | ) |

APPEARANCES FOR THE APPELLANT:  Mark G. Jackson, Esq.
Stowell B. Holcomb, Esq.
  Jackson Holcomb LLP
  Seattle, WA

APPEARANCES FOR THE GOVERNMENT:  Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Jonathan A. Swanson, Esq.
Nathan Kanale Sadowski, Esq.
Sarah M. Urchek, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Honolulu

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  April 25, 2022

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63099, 63100, Appeals of Alutiiq Manufacturing Contractors, LLC, rendered in conformance with the Board's Charter.

Dated:  April 25, 2022

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals